State of Texas
Lamar Lovett

Re D-1-DC-10-904094
motion to be Heard

To whom it may concern: Judge of 29a, 4-27-15
my name is Lamar Lovett T.D.C.J# 1687455
T.C.C.C #1513403. I have just had a eviden-
lary hearing in the 29th district court on
4-9-15, the court of criminal Appeals ordered
90 days to have issues Resolved. they did
not and they were ordered 120 days to
any and all Affidavits and integrated into
the court of Criminal Appeals, They did not
do so in this time period. Also defendants
hands were never proven to be the deadly
weopon, The victim impeached herself
on the stand and all of the original cause
Numbers were dismissed after conviction
all of the charges of D-1-DC-10-904094
are from a re tryed instead of D-1-DC-20-2992
that has been both now vacated and dismiss
dismissed on 4-9-15 on or about that is and
the original cause dismissed men on may 6th
2011 my conviction was 12-years I sent in to the
court of Criminal Appeals the dissmisal for
a motion to Retrial according to 40.01 CRf,
I am inocent of said crimes and request
relief. I am being held currently in Del
valley correctnal facility awaiting
transfer to T.D.C.J. your attention to this
is greatly Appreciated.

(over) signed
Lamar Lovett

RECEIVED IN COURT OF CRIMINAL APPEALS
APR 30 2015
Abel Acosta, Clerk

MOTION DENIED
DATE: 5-1-15
BY: PC

## Prayer

I pray that the court grants said request and gives a new trial or throw over Dardet 2995 verdet of guilt

## Enmade Deklaration

I declare under penelty od perjury that this motion is True and factual I am not an Attourney and cannot be held to same strings and standards as are

## Signed

TDCJ# 1687455 Lamar Lovett

TCCC# 1513403   Lamar Lovett

3614 Bill prkie Rd

Del valley TX 78617

3001 SEmily Dr

mcconnell unit

Beeville TX 78102

MOTION DENIED

DATE

BY:

I do not have the proper paper to maikke this motion. I can not be held to same standards as an Attourney. I have been wrongfully convicted of D-1-DC-10-904094 by the Travis Co. D.A. I only wish for Justice to be served. I am also mentely pissiable Id. B. Polar and Siezed defertue testified to by Dr Canta. In the evidlendiary hearing on or about 4-9-15